Sherman S. Griffin                                    April 22, 2015
#01799094
810 FM 2821 W
Huntsville, Texas 77349


Clerk's Office For The Court                    RECEIVED IN
Of Criminal Appeals Of Texas                   COURT OF CRIMINAL APPEALS
Capitol Station, Texas

Re:PD-1010-13 Trial Court Case No. 1225094       MAY 0 1 2015
COA#: 14-12-00688-CR


                                                 Abel Acosta, Clerk


Dear Clerk:

     I am writiing your office requesting a copy of this said courts
opinion/ decision concerning case no. 14-12-00688-CR.

     If there are any costs associated with obtaining this, please
let me know, and I will remit payment as soon as possible.




                            RESPECTFULLY,

                            _Sherman S. Griffin_  4-22-15
                            Sherman S. Griffin
                            #01799094
                            810 FM 2821 W
                            Huntsville, Texas 77349